1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 03-856-PHX-JAT |
| Plaintiff - Respondent, | CV 04-2550-PHX-JAT (ECV) |
| vs. | **ORDER** |
| Joel Guzman-Lopez, | |
| Defendant - Movant. | |

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1126 (D.Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

1       In this case, the Report and Recommendation was issued on October 21, 2005. Defendant/Movant has not filed any objections to the Report and Recommendation. Based on the foregoing,

      **IT IS ORDERED** that the Report and Recommendation (Doc. #26) is accepted and adopted; the Motion to vacate/set aside sentence (Doc. #22) is denied, and the Clerk of the Court shall enter judgment accordingly.

      DATED this 7th day of December, 2005.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge